**Order entered August 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00270-CR

**JOSE ALEX JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76766-R**

## ORDER

Before the Court is appellant's August 12, 2019 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 11, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8(b). TEX. R. APP. P. 38.8(b)(3).


/s/     BILL PEDERSEN, III
JUSTICE